IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00923-RPM

PATRICIA MARTINEZ,

    Plaintiff,

v.

RUSH'S PUEBLO LUMBER CO., and
DAVID RUSH,

    Defendants.

_____

### ORDER VACATING ENTRY OF DEFAULT
_____

Upon consideration of the Defendants' Motion to Set Aside Entry of Default [19], filed May 22, 2012, it is

ORDERED that the Clerk's Entry of Default entered on May 10, 2012, is vacated and the defendants shall have to and including June 1, 2012, within which to respond to the complaint.

DATED: May 23rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge