IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00923-RPM

PATRICIA MARTINEZ,

    Plaintiff,

v.

RUSH'S PUEBLO LUMBER CO. and
DAVID RUSH,

    Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice and all related matters, hereby GRANTS said Motion. The above-captioned case is hereby dismissed by Plaintiff Patricia Martinez with prejudice against Defendants Rush's Pueblo Lumber Company and David Rush with each party paying their own attorney fees and costs.

Dated and signed this 15th day of February 2013.

                By the Court:


                s/Richard P. Matsch
                _____
                Richard P. Matsch, SeniorDistrict Court Judge